UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x Civil Action No.: CV-04-3463 (ERK) (MDG)

UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　　　§
　　　　　　　Plaintiff, §
　　- against- §
　　　　　　　　　　　　　　　　§
LESLY DORVIL §
a/k/a DORVIL LESLY, §
　　　　　　　　　　　　　　　　§
　　　　　　　Defendant. §
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Jun 16 2005 ★
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Lesly Dorvil failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Lesly Dorvil:

**Claim No. C-115633W**

| | |
|---|---|
| Principal Balance: | $4,560.92 |
| Total Interest Accrued at 7.510%: | $6,321.78 |
| Filing and Service of Process: | $190.00 |
| Subtotal: | $11,072.70 |

**Claim No. C-115636W:**

| | |
|---|---|
| Principal Balance: | $2,410.92 |
| Total Interest Accrued at 8.00%: | $2,928.17 |
| Subtotal: | $5,339.09 |
| Grand Total of all claims: | $16,411.79 |
| Attorney's Fees: | $1,575.00 |
| Total Owed: | $17,986.79 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
6/14, 2005

s/Edward R. Korman
Edward R. Korman
United States District Judge